JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANNA TRYON PLETCHER (CABN 239730)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 436-7129
   Facsimile:   (415) 436-7234
   Email: anna.pletcher2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 10-0409 JSW |
|     Plaintiff, ) | |
|   v. ) | **STIPULATION AND [PROPOSED]** |
| LEVIN RODRIGUEZ-HERNANDEZ, ) | **ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| a/k/a Jose Valle-Rodriguez, ) | |
| a/k/a Christian Cruz-Cruz, ) | |
| a/k/a Miguel Hector Martinez, ) | |
| a/k/a Jose Rodriguez, ) | |
|     Defendant. ) | |

    On July 1, 2010, the parties in this case appeared before the Court for a status conference. At that time, the Court set a further status / change of plea hearing for August 12, 2010 at 2:30 p.m. The parties also agreed to exclude the period of time between July 1, 2010 and August 12, 2010 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of

\\

\\

counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                                          JOSEPH P. RUSSONIELLO  
                                        United States Attorney

DATED: July 9, 2010                 _____/s/_____  
                                          ANNA TRYON PLETCHER  
                                          Special Assistant United States Attorney

DATED: July 9, 2010                 _____/s/_____  
                                          JODI LINKER  
                                          Attorney for LEVIN RODRIGUEZ-HERNANDEZ

## [PROPOSED] ORDER

For the reasons stated above and at the July 1, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 1, 2010 through August 12, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 12, 2010

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge